

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00042-CR

JAMEY JUSTIN SMITH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 28,912

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Jamey Justin Smith appeals his conviction and sentence of thirty years for the offense of aggravated robbery.[1] Based on the reasoning and analysis in our opinion in cause number 06-14-00041-CR, issued on even date herewith, we overrule Smith's points of error and affirm the trial court's judgment and sentence.

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 20, 2015
Date Decided:      September 23, 2015

Do Not Publish

---

[1]*See* TEX. PENAL CODE ANN. § 29.03 (West 2011).